No. 91–7803.   BARBER *v.* VOSE, DIRECTOR, RHODE ISLAND DEPARTMENT OF CORRECTIONS.   C. A. 1st Cir.   Certiorari denied.

No. 91–7805.   TAYLOR *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 8th Cir.   Certiorari denied.   ■

No. 91–7807.   HOWARD *v.* RILEY, SUPERINTENDENT, FISHKILL CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.   ■

No. 91–7808.   ISENBERG *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 91–7810.   BOYE *v.* VIRGINIA.   Sup. Ct. Va.   Certiorari denied.

No. 91–7811.   WEST *v.* FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 91–7813.   BOLDEN *v.* SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY.   C. A. 3d Cir.   Certiorari denied.

No. 91–7822.   KELLEY ET AL. *v.* FRYE.   Sup. Ct. N. C.   Certiorari denied.

No. 91–7823.   SINDRAM *v.* ROTH.   Ct. App. D. C.   Certiorari denied.

No. 91–7827.   CARPENTER *v.* LOUISIANA.   C. A. 5th Cir.   Certiorari denied.

No. 91–7829.   BRADFORD *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.   Certiorari denied.

No. 91–7830.   GOOCH, FKA VIGORITA *v.* VIGORITA.   Sup. Ct. N. J.   Certiorari denied.

No. 91–7840.   FARMER *v.* GROOSE ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 91–7841.   BLANCO *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir. . Certiorari denied.